3047586

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

BMO HARRIS NA as trustee of MARCIA
D. STENSTROM TRUST U/A,

    Petitioner,

v.

WEST BEND MUTUAL INSURANCE
COMPANY,

    Respondent.

---

**JOINT PETITION TO APPOINT AN UMPIRE
PURSUANT TO THE PROVISIONS OF WEST BEND MUTUAL INSURANCE
COMPANY INSURANCE POLICY NUMBER A415700 02**

---

    NOW COME the Petitioner, BMO HARRIS NA as Trustee of MARCIA D. STENSTROM TRUST U/A, and the Respondent, WEST BEND MUTUAL INSURANCE COMPANY, jointly, for their petition to appoint an umpire and in support of said petition, the parties state as follows:

**The Parties**

    1. BMO Harris N/A as trustee of the Marcia D. Stenstrom Trust U/A is a Trust administered by BMO Harris N/A located at 111 West Monroe, 3E, Chicago, Illinois 60603, with its primary beneficiary being Marcia D. Stenstrom who resides in the County of Winnebago, State of Illinois, and is a citizen of the State of Illinois.

    2. Respondent West Bend Mutual Insurance Company is an insurance company incorporated in the State of Wisconsin with its home office and principal place of business in West Bend, Wisconsin.

**Jurisdiction and Venue**

3. Subject matter jurisdiction is based on diversity of citizenship under 28 U.S.C. Section 1332. The amount in controversy exclusive of interest and costs exceeds $75,000.00.

4. Venue lies in this district under 28 U.S.C. Section 1319(a)(2) in that a substantial part of the events giving rise to the claim and subject of the policy of insurance occurred and/or is located within the Northern District of Illinois Western Division.

**Factual Background**

5. On or about October 30, 2020, the roofs of the buildings located at 4786-4798 Colt Road, Rockford, Illinois 61109, which are owned by the Petitioner, were damaged with regard to a weather-related event.

6. The Respondent and Petitioner entered into a policy of insurance whereas the Respondent agreed to insure the Petitioner for certain losses with a policy period between February 28, 2020 to February 28, 2021 and identified as West Bend Mutual Insurance Company Policy Number 0415700 02 (the "Policy"). A copy of the policy is attached hereto as Exhibit A.

7. The policy contains an appraisal provision within the building and personal property coverage form Paragraph E2 which states as follows:

> E2	Appraisal – If we and you disagree on the value of the property or amount of loss, either party may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree either party may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will: a. Pay its chosen appraiser; b. bear the other expenses of the appraisal and umpire equally.
>
> If there is an appraisal, we will retain our right to deny the claim.

8. Pursuant to the policy, on or about January 27, 2021, the Respondent invoked its right to demand an appraisal under the policy after the parties were unable to agree to the amount of the

loss, selecting Newel Anderson of Anderson Insurance Services, 901 East Summit Street, Crown Point, IN. 46307 as its appraiser.

9. On or about February 26, 2021, the Petitioner responded to the Respondent's demand for an appraisal by naming Hunter Pierce of Helping Hands General Contracting LLC, 120 E. Main Street, Suite 310, Murfreesboro, TN. 37130 as its appraiser.

10. The Respondent's appraiser proposed the following umpires:

   a. Scott Miller-EGA, Crawford & Company, 1900 E. Gulf Road, Suite 800, Schaumburg, IL. 60173. CV unavailable at this time. .

   b. Randy Adkins, Rocklane Companies, 1690 S. Franklin Road, Indianapolis, IN. 46239. See CV attached hereto as Exhibit B.

   c. R.L. Stinchcomb, 12629 Glen Lake Drive, Fort Wayne, IN. See CV attached hereto as Exhibit C.

   d. Raymond M. Pawlak, 202 Campbell Street, Suite 1B, Geneva, IL. 60134. See CV attached hereto as Exhibit D.

   e. James Dombrowski, 5856 N. Elston Avenue, Chicago, IL. 60646. See CV attached hereto as Exhibit E.

   f. Gregory J. Phillips, RRC, Tekton Forensics, Sauk Prairie, WI. See CV attached hereto as Exhibit F.

   g. Mark McCluskey, Team Manager II, Crawford & Company, P.O. Box 922, Bettendorf, IA 52722. See CV attached hereto as Exhibit G.

10. All of the aforementioned proposed umpires set forth by the Respondent's appraiser were rejected by the Petitioner's appraiser.

11. The Petitioner's appraiser proposed to the Respondent's appraiser the following individuals to act as an umpire.

   a. Stephen Klein, Klein Renovations, Cary, Illinois See CV attached hereto as Exhibit H.

   b. Tashin Rahman, 5633 N. Kenmore Avenue, Chicago, IL. 60660. See CV attached hereto as Exhibit I.

   c. Neil McLoughlin, 7611 W. Tough Avenue, Chicago, IL. 60631. See CV attached hereto as Exhibit J.

   d. Ed Fako. See CV attached hereto as Exhibit K.

   e. Charles D. Gasser of Structure Point, Inc., 56 South LaSalle Street, Suite 102, Aurora, IL 60505. See CV attached as Exhibit L.

12. All of the aforementioned proposed umpires set forth by the Petitioner's appraiser were rejected by the Respondent's appraiser.

13. After a diligent inquiry between both the Petitioner's and Respondent's appraisers, the Petitioner's appraiser and Respondent's appraiser were unable to select an umpire pursuant to the terms of the appraisal provision in Exhibit A.

14. A dispute in actual controversy has arisen between the parties pursuant to Exhibit A in light of the fact that the parties have been unable to reach an agreement with respect to an umpire for the appraisal process. The parties therefore request that this court select the umpire pursuant to the appraisal provision in Exhibit A.

WHEREFORE, the parties jointly respectfully request that this court enter an order appointing an umpire pursuant to the terms and conditions set forth in the insurance policy executed between the parties attached hereto as Exhibit A.

Respectfully submitted,

| | |
|---|---|
| */s/ Raymond J. Melton* | */s/ Thomas B. Orlando* |
| Raymond J. Melton | Thomas B. Orlando |
| SMITHAMUNDSEN, LLC | FORAN GLENNON PALANDECH PONZI |
| 308 W. State St., Suite 320 |   & RUDLOFF PC |
| Rockford, IL 61101 | 222 N. LaSalle St. Suite 1400 |
| (815) 904-8808 | Chicago, Illinois 60601 |
| rmelton@salawus.com | (312) 863-5000 |
| | torlando@fgppr.com |
| | |
| Attorneys for Petitioner, | Attorneys for Respondent, |
| BMO Harris Bank N/A | WEST BEND MUTUAL |
| as trustee of MARCIA D. | INSURANCE COMPANY |
| STENSTROM TRUST U/A | |